UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARLTON VIRGIL BURKS,

        Petitioner,        Case Number 08-12825-BC
                                    Honorable Thomas L. Ludington

v.

CAROL R. HOWES,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date;

It is **ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                                s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

Dated: July 13, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 13, 2010.

                                    s/Tracy A. Jacobs
                                    TRACY A. JACOBS